IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| ACCESS BEYOND TECHNOLOGIES, INC. ) | Case No. 98-2281 (JKF) |
| n/k/a HAYES CORPORATION (HONG ) | |
| KONG) LIMITED, et al., ) | |
| ) | |
| Debtors. ) | |

## REPORT OF NO DISTRIBUTION

I, Morton P. Levine, having been appointed trustee of the estate of the above-named Debtor, report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the Debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5008, I hereby certify that the estate of the above-named Debtor has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

Date: August 9, 2003

Morton P. Levine, Esquire
[GA Bar #448700]
Chapter 7 Trustee in Bankruptcy for
Access Beyond Technologies, Inc., et al.

Levine, Block & Strickland, LLP
2270 Resurgens Plaza
945 E. Paces Ferry Road
Atlanta, GA 30326
(404) 231-4567